UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| AVRAHAM MORE-YOSSEF,<br><br>        Petitioner,<br><br>v.<br><br>ERIC H. HOLDER, ATTORNEY GENERAL, et al.,<br><br>        Respondents. | CV 11-3281-PSG (SH)<br><br>JUDGMENT |

IT IS ADJUDGED that the Petition for Writ of habeas Corpus is denied and the action is dismissed.

DATED: July 22, 2011

                              PHILIP S. GUTIERREZ
                              UNITED STATES DISTRICT JUDGE